# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHEREE NICOLE WELCH, <br><br> Defendant. | Case No. CR 24-49-GF-BMM <br><br> **ORDER VACATING INITIAL APPEARANCE ON PRETRIAL VIOLATIONS** |

Defendant Sheree Nicole Welch, having filed a Motion to Continue Initial Appearance, there being no objection from the Government;

IT IS HEREBY ORDERED that the Initial Appearance on Pretrial Violations, presently scheduled for Tuesday, August 20, 2024, at 1:30 p.m., is VACATED;

IT IS FURTHER HEREBY ORDERED that the initial appearance will be reset upon application of the Defendant.

DATED this 19th day of August, 2024.

_____
John Johnston
United States Magistrate Judge

1